IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM HINES; ET AL.                                                    PLAINTIFFS

vs.                               NO. 4:08CV00589 BSM

GREEN TREE SERVICING, LLC;
ET AL.                                                                   DEFENDANTS

**ORDER**

Plaintiffs have applications to proceed *in forma pauperis*. Plaintiffs state that they are not currently employed but do not indicate the name, address, or salary of their last employer. They further state they have no money although they claim a home worth $385,000.00. Plaintiff William Hines states that he has a wife and two children who are dependent upon him for support. Plaintiff Kywanda Hines claims three different people who are dependent upon her for support.

The court finds that Plaintiffs' applications are incomplete. They failed to completely answer No. 1(b). Furthermore, Plaintiffs should indicate how they are able to maintain a $385,000.00 home and support five people other than themselves with no income or money from any source.

Plaintiffs are directed to file a supplement to the applications which address the above deficiencies within fifteen days of the date of this Order. Failure to comply with this Order will result in dismissal of the complaint.

IT IS SO ORDERED this 7th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE