**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILLIAM HINES and
KYWANDA HINES**                                                                                                  **PLAINTIFFS**

**v.**                                         **4:08CV00589 BSM**

**GREEN TREE SERVICING, LLC and
GREEN TREE RECOVERY**                                                                     **DEFENDANTS**

**ORDER**

On July 2, 2008, plaintiffs William and Kywanda Hines filed their complaint in this case, and defendant Green Tree Servicing, LLC filed its answer on September 29, 2008. On November 26, 2008, plaintiffs filed their "Response to Defendants' Answer Based on Newly Discovered Information Not Previously Disclosed." The court views the filing as a discovery document, which is not appropriate to file on the record, as it simply discloses the specific amount of damages sought and the incorporation information of defendants. Therefore, the court strikes plaintiffs' "Response to Defendants' Answer Based on Newly Discovered Information Not Previously Disclosed."

Accordingly, the court directs the Clerk's office to strike plaintiffs' "Response to Defendants' Answer Based on Newly Discovered Information Not Previously Disclosed" (Doc. No. 24) from the record.

IT IS SO ORDERED this 12th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE