**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILLIAM HINES and
KYWANDA HINES**                                                                                  **PLAINTIFFS**

**v.**                                          **4:08CV00589 BSM**

**GREEN TREE SERVICING, LLC and
GREEN TREE RECOVERY**                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order of this date, granting defendant's motion for summary judgment, plaintiffs' complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE